IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

NOTICE TO TRUSTEE OF SELECTION AND APPOINTMENT
AND FIXING THE AMOUNT OF BOND

**John D. Mashburn,** panel trustee in the Western District of Oklahoma, is hereby appointed Interim Trustee of the estate(s) of the below named debtor(s) and shall serve as trustee of said estate(s) unless another trustee is appointed pursuant to title 11, United States code, section 702.

The above trustee has previously filed a blanket bond with the U.S. Bankruptcy Court Clerk's office for the Western District of Oklahoma and these cases shall be covered by said blanket bond so filed.

If you decline any of the appointment(s), a resignation must be submitted to the Office of the United States Trustee.

**REOPENED**

**Michael Pekinpaugh**          **11-15107-SAH**

SAMUEL K. CROCKER
United States Trustee

CHARLES S. GLIDEWELL
Assistant United States Trustee

DATED:   June 30, 2015

Office of the United States Trustee
215 Dean A. McGee Ave. 4th Fl.
Oklahoma City, Oklahoma 73102
Telephone   (405) 231-5950