# Notice Recipients

District/Off: 1087−5              User: bsm                    Date Created: 9/21/2015

Case: 11−15107                   Form ID: pdf003               Total: 9

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db      Michael C. Pekinpaugh        1452 NW 40th          Lawton, OK 73505
ust     U.S. Trustee        United States Trustee        215 Dean A. McGee Ave., 4th Floor        Oklahoma City, OK 73102
tr      John D. Mashburn        1616 E 19th Street, Suite 301A        Edmond, OK 73013−6519
cr      Wells Fargo Financial Oklahoma, Inc.        4137 121st St        Urbandale, IA 50323
cr      WELLS FARGO FINANCIAL BANK        4137 121st St.        Urbandale, IA 50323
aty     Carole J. Brown        Carole J. Brown, Inc.        501 SW C Avenue, Suite 301        Lawton, OK 73501
aty     John Mashburn        Garvin Agee Carlton & Mashburn PC        1616 E 19th Street, Suite 301A        Edmond, OK
        73013−6519
aty     John D. Mashburn        1616 E 19th Street, Suite 301A        Edmond, OK 73013−6519
smg     Oklahoma Employment Security Commission        PO Box 53039        Oklahoma City, OK 73152−3039

TOTAL: 9